# EXHIBIT 1

EXHIBIT 1
Page 3



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority, NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY, ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

EXHIBIT 1
Page 4

```
ORIGIN ID:SDMA  (619) 239-4599              Ship Date: 15JUL15
Betsy C. Manifold                            ActWgt: 1.00 LB
Wolf Haldenstein Adler Freeman               CAD: 1803328/INET3670
750 B Street
Suite 2770
San Diego, CA 92101                          EIN/VAT:
UNITED STATES, US
TO Helena Kwok
   Helena L.J. Kwok CPA Practising
   Unit C, 20th Floor, 8 Hart Avenue

   Tsimshatsui, KOWLOON
                                        (HK)
                                                8523482500S
                                                    AWB

   TRK#  7740 6319 3955        Form
                               0430
                                                S4 HKGA
   INTL ECONOMY                                 PKG TYPE: ENV

   REF: CNEP 13169.001
   DESC1: Legal Documents
   DESC2:
   DESC3:
   DESC4:
   EEI: NO EEI 30.37(a)

   COUNTRY MFG: US            SIGN: Betsy C. Manifold
   CARRIAGE VALUE: 0.00 USD   T/C: S 01002513
   CUSTOMS VALUE: 0.00 USD    D/T: S 01002513
```

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

EXHIBIT 1
Page 5

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER: | |
|---|---|
| Tax ID#: | Ship Date: 15 Jul, 2015 |
| Contact Name: Betsy C. Manifold | |
| Telephone No.: 6192394599 | Air Waybill No. / Tracking No. / Bill of Lading: 774063193955 |
| E-Mail: cabrera@whafh.com | |
| Company Name/Address: | Invoice No.:   Purchase Order No.: |
| Wolf Haldenstein Adler Freeman | |
| 750 B Street | |
| Suite 2770 | |
| San Diego CA 92101 | |
| Country: United States | |
| Parties to Transaction: | |
| ☐ Related   ☐ Non-Related | |
| Payment Terms: | |
| Purpose of Shipment: Commercial | |

| CONSIGNEE: | SOLD TO (if different from Consignee): |
|---|---|
| Tax ID#: | ☑ Same as CONSIGNEE: |
| Contact Name: Helena Kwok | |
| Telephone No.: 852.34825005 | Tax ID#: |
| E-Mail: | Company Name/Address: |
| Company Name/Address: | |
| Helena L.J. Kwok CPA Practising | |
| Unit C, 20th Floor, 8 Hart Avenue | |
| Tsimshatsui KOWLOON | |
| Country: Hong Kong | Country: |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS): 1.00 lbs | Terms of Sale: | FCA |
|---|---|---|---|
| Special Instructions: | | Subtotal: | 0.00 |
| | | Insurance: | 0.00 |
| | | Freight: | 0.00 |
| | | Packing: | 0.00 |
| Declaration Statement(s): | | Handling: | 0.00 |
| These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited. | | Other: | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total: | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: | | Currency Code: | USD |
| Signature / Title / Date  *Betsy Manifold* PARTNER | | 15 Jul, 2015 | |

EXHIBIT 1
Page 6

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER: | |
|---|---|
| Tax ID#: | Ship Date: 15 Jul, 2015 |
| Contact Name: Betsy C. Manifold | |
| Telephone No.: 6192394599 | Air Waybill No. / Tracking No. / Bill of Lading: 774063193955 |
| E-Mail: cabrera@whafh.com | |
| Company Name/Address: | Invoice No.:   Purchase Order No.: |
| Wolf Haldenstein Adler Freeman | |
| 750 B Street | |
| Suite 2770 | |
| San Diego CA 92101 | |
| Country: United States | |
| Parties to Transaction: | |
| ☐ Related   ☐ Non-Related | |
| Payment Terms: | |
| Purpose of Shipment: Commercial | |

| CONSIGNEE: | SOLD TO (if different from Consignee): |
|---|---|
| Tax ID#: | ☑ Same as CONSIGNEE: |
| Contact Name: Helena Kwok | |
| Telephone No.: 852.34825005 | Tax ID#: |
| E-Mail: | Company Name/Address: |
| Company Name/Address: | |
| Helena L.J. Kwok CPA Practising | |
| Unit C, 20th Floor, 8 Hart Avenue | |
| Tsimshatsui KOWLOON | |
| Country: Hong Kong | Country: |

If there is a designated broker for this shipment, please provide contact information

Name of Broker   Tel No.   Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other   If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS): 1.00 lbs | Terms of Sale: | FCA |
|---|---|---|---|
| Special Instructions: | | Subtotal: | 0.00 |
| | | Insurance: | 0.00 |
| | | Freight: | 0.00 |
| | | Packing: | 0.00 |
| Declaration Statement(s): | | Handling: | 0.00 |
| These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited. | | Other: | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total: | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: | | Currency Code: | USD |
| Signature / Title / Date   *Betsy C Manifold*   PARTNER | | 15 Jul, 2015 | |

EXHIBIT 1
Page 7

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER: | |
|---|---|
| Tax ID#: | Ship Date: 15 Jul, 2015 |
| Contact Name: Betsy C. Manifold | |
| Telephone No.: 6192394599 | Air Waybill No. / Tracking No. / Bill of Lading: 774063193955 |
| E-Mail: cabrera@whafh.com | |
| Company Name/Address: | Invoice No.: Purchase Order No.: |
| Wolf Haldenstein Adler Freeman | |
| 750 B Street | |
| Suite 2770 | |
| San Diego CA 92101 | |
| Country: United States | |
| Parties to Transaction: | |
| ☐ Related ☐ Non-Related | |
| Payment Terms: | |
| Purpose of Shipment: Commercial | |
| CONSIGNEE: | SOLD TO (if different from Consignee): |
| Tax ID#: | ☑ Same as CONSIGNEE: |
| Contact Name: Helena Kwok | |
| Telephone No.: 852.34825005 | Tax ID#: |
| E-Mail: | Company Name/Address: |
| Company Name/Address: | |
| Helena L.J. Kwok CPA Practising | |
| Unit C, 20th Floor, 8 Hart Avenue | |
| Tsimshatsui KOWLOON | |
| Country: Hong Kong | Country: |

If there is a designated broker for this shipment, please provide contact information

Name of Broker   Tel No.   Contact Name

Duties and Taxes Payable by  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS): 1.00 lbs | Terms of Sale: | FCA |
|---|---|---|---|
| Special Instructions: | | Subtotal: | 0.00 |
| | | Insurance: | 0.00 |
| | | Freight: | 0.00 |
| | | Packing: | 0.00 |
| Declaration Statement(s): | | Handling: | 0.00 |
| These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited. | | Other: | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total: | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: | | Currency Code: | USD |
| Signature / Title / Date   *Betsy Manifold*  PARTNER | | 15 Jul, 2015 | |

EXHIBIT 1
Page 8

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER: | |
|---|---|
| Tax ID#: | Ship Date: 15 Jul, 2015 |
| Contact Name: Betsy C. Manifold | |
| Telephone No.: 6192394599 | Air Waybill No. / Tracking No. / Bill of Lading: 774063193955 |
| E-Mail: cabrera@whafh.com | Invoice No.: Purchase Order No.: |
| Company Name/Address: | |
| Wolf Haldenstein Adler Freeman | |
| 750 B Street | |
| Suite 2770 | |
| | |
| San Diego CA 92101 | |
| Country: United States | |
| Parties to Transaction: | |
| ☐ Related  ☐ Non-Related | |
| Payment Terms: | |
| Purpose of Shipment: Commercial | |

| CONSIGNEE: | SOLD TO (if different from Consignee): |
|---|---|
| Tax ID#: | ☑ Same as CONSIGNEE: |
| Contact Name: Helena Kwok | |
| Telephone No.: 852.34825005 | Tax ID#: |
| E-Mail: | Company Name/Address: |
| Company Name/Address: | |
| Helena L.J. Kwok CPA Practising | |
| Unit C, 20th Floor, 8 Hart Avenue | |
| | |
| Tsimshatsui KOWLOON | |
| Country: Hong Kong | Country: |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS): 1.00 lbs | Terms of Sale: | FCA |
|---|---|---|---|
| Special Instructions: | | Subtotal: | 0.00 |
| | | Insurance: | 0.00 |
| | | Freight: | 0.00 |
| | | Packing: | 0.00 |
| Declaration Statement(s): | | Handling: | 0.00 |
| These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited. | | Other: | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total: | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual: | | Currency Code: | USD |
| Signature / Title / Date   *Betsy Manifold*  PARTNER | | 15 Jul, 2015 | |

EXHIBIT 1
Page 9