1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIP LAMBERT, JIGNESH PATEL and REILLY CHASE, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BAKER TILLY HONG KONG LIMITED, ANDREW DAVID ROSS, and HELENA LAIHA KWOK,<br><br>  Defendants. | ) Case No. CV 14-09959-CBM(MANx)<br>)<br>) **ORDER GRANTING**<br>) **STIPULATION TAKING SCHEDULING**<br>) **CONFERENCE OFF CALENDAR AND**<br>) **SETTING TIME FOR PARTIES TO**<br>) **SUBMIT MOTION FOR PRELIMINARY**<br>) **APPROVAL OF SETTLEMENT [79]**<br>)<br>)<br>)<br>) CTRM:   2, 2nd Floor<br>) JUDGE:   Hon. Consuelo B. Marshall<br>)<br>)<br>) |

NOTE: CHANGES MADE BY THE COURT

1  **HAVING FOUND GOOD CAUSE APPEARING** in the parties' Stipulation Taking Scheduling Conference Off Calendar And Setting Time For Parties To Submit Motion For Preliminary Approval Of Settlement, the Court hereby makes the following orders:

   1.   The Scheduling Conference set for September 6, 3016 at 10:00 a.m. pursuant to FRCP 16(b) is hereby removed from the Court's calendar; and

   **2.**   Plaintiffs shall file any motion for preliminary approval of the proposed settlement *no later than October 11, 2016.*

IT IS SO ORDERED.  

Dated:  August 25, 2016

   The Honorable Consuelo B. Marshall
   United States District Judge

CNEP: 23249

- 1 -