UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | **CV 14-9959-CBM(MANx)** |
| Date | MARCH 10, 2017 |
| Title | KACHUN WONG, ET AL., v. BAKER TILLY HONG KONG LIMITED, ET AL., |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel for the Plaintiff is hereby ordered to properly file any class action settlement objection letters before this Court as soon as plaintiff is in receipt of them.  Class settlement members should be instructed not to mail them to the Court but rather are to send them to plaintiff's counsel for proper filing.

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |