Clerk of the Court
United States District Court
350 West 1 st Street
Los Angeles, CA 90012


To who it may concern

    I object to the settlement in Kachun Wong v. Baker Tilly Hong Kong, Ltd., Case No. 14-cv-9959-CBM. As a private investor, through my self directed IRA brokerage account, I purchased 1000 shares of China North East Petroleum at $8.85 per share on 4/30/2010 for a total of $8885.00. I object to this settlement because my purchase date does not comply with the dates set in this case 09/03/2010 thru 03/14/2012.
    I sent in paper work two different times, 07/16/2010 and 07/06/2013, to register to participate in a class action lawsuit conducted by Barroway Topaz & Kessler Meltzer & Check, LLP., with no results. I did not sell any of these 1000 shares.
    Needles to say I would like to have my money back ASAP.


Sincerely,
Gary Starnes

Pampa, Texas

*Gary S. Starnes* (signature)

Gary Starnes
Pampa, Texas



CBM

Clerk of The Court
United States District Court
350 West 1st Street
Los Angeles, CA 90012



AMARILLO TX 791

RECEIVED
CLERK, U.S. DISTRICT
MAR -6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY