BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

MATTHEW M. GUINEY (*pro hac vice*)
guiney@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653

*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIP LAMBERT, JIGNESH PATEL and REILLY CHASE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>BAKER TILLY HONG KONG LIMITED, ANDREW DAVID ROSS, and HELENA LAIHA KWOK,<br><br>            Defendants. | Case No. CV 14-09959-CBM(MANx)<br><br>**OBJECTION OF CARL E. LANE**<br><br><br><br>DATE:      April 4, 2017<br>TIME:      10:00 a.m.<br>CRTRM:   8B<br>JUDGE:    Hon. Consuelo B. Marshall |

Clerk of the Court
United States District Court
350 West 1st Street
Los Angeles, CA 90012                              February 16, 2017

Dear Sirs:

I am a Settlement Class Member in *Kachun Wong v. Baker Tilly Hong Kong, Ltd. Case No. 14-cv-9959-CBM*.

I **strenously** object to the exorbitant request for attorneys fees in this case.  According to the information presented, the attorneys are charging $425 per hour "worked."  Although based on the settlement conditions, it does not appear they worked too hard on the plaintiffs behalf. They essentially state they are not comfortable going forward with more litigation due to the difficulty of litigating a complex case (let me add--on a contingency basis).  The class members can take it or leave it.

It is pretty obvious that financial justice was not achieved by the plaintiffs in this case, but the lawyers stand to benefit enormously if their claim submission is approved by the Court.

I urge you to substantially reduce the claimed attorney fees in this matter.  If you do so, law firms may be less inclined to "cherry pick" future class action projects if they think they might have to actually do some real work.

I will not attend the hearing nor will I present any additional evidence.  To fulfill the requirements to have this objection considered:

- Carl E. Lane ▮▮▮▮▮▮▮▮▮▮   St. Louis, MO▮▮▮▮  ▮▮▮▮▮▮▮
- i acquired 2,000 shares of common stock of CNEP on March 31, 2011 at a cost of $4.528 per share; total cost of $9,056.
- I sold no CNEP stock during the settlement period.

Sincerely,

*Carl E Lane*

Carl E. Lane

cc: Harry A Woods, Jr.;  Matthew M. Guiney

Carl & Janet Lane
Saint Louis, MO

SAINT LOUIS MO 630

17 FEB 2017 PM 9 L

CBM

Clerk of the Court
United States District Court
350 West 1st Street
Los Angeles, CA 90012

90012-453699

RECEIVED
CLERK, U.S. DISTRICT COU

FEB 21 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

