# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**Providing Exemplary Legal Service Since 1888**

**MATTHEW M. GUINEY, ESQ.**
DIRECT DIAL: 212-545-4761
FACSIMILE: 212-545-4653
guiney@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

70 WEST MADISON STREET
SUITE 1400
CHICAGO, IL 60603
312-984-0000

August 3, 2017

The Honorable Consuelo B. Marshall
United States District Judge
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom # 8B, 8th Floor
Los Angeles, California 90012

Re: *Lambert, et al., v. Baker Tilly, et al.,* No. CV 14-09959-CBM (MANx)

Your Honor:

I represent the plaintiff and proposed class in the above-referenced action and write on behalf of all parties pursuant to Local Rule 83-9.2. On April 4, 2017, the Court heard oral argument concerning the motion for final approval of the prosed settlement and motion for an award of attorneys' fees and reimbursement of expenses. The Court granted the motion for final approval of the proposed settlement and took the motion for an award of attorneys' fees and reimbursement of expenses and awards to lead plaintiffs under submission.

Pursuant to L.R. 83-9.2, because the Court has not rendered and filed its decision on the submitted matter within 120 days of submission (August 2, 2017), all counsel hereby file this joint request that such decision be made without further delay. The parties cannot proceed with the process of distributing the settlement funds to the class until such decision is made.

Respectfully,

Matthew M. Guiney

cc: The Honorable George H. King, Chief Judge of the Central District of California
Molly H. Tolbert, Esq. (Counsel for Defendants)